# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**RYAN A. ANTONIO**
**HOSPITAL CORPSMAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201300417**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 3 July 2013.
**Military Judge:** CDR Colleen Glaser-Allen, JAGC, USN.
**Convening Authority:** Commanding Officer, Naval Medical Center, Portsmouth, VA.
**Staff Judge Advocate's Recommendation:** LCDR R.P. Anselm, JAGC, USN.
**For Appellant:** Maj Emmett Collazo, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**11 February 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court